# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DANIEL W. CROSBY & BETHANY M. KISNER-CROSBY        Case Number: 06-71117
605 SOUTH 4TH STREET                                      SSN-xxx-xx-6507 & xxx-xx-1533
DEKALB, IL  60115

Case filed on: 6/27/2006
Plan Confirmed on: 1/19/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $73,994.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CITIMORTGAGE INC | 0.00 | 0.00 | 33,913.37 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 33,913.37 | 0.00 |
| 000 | ATTORNEY C DAVID WARD | 2,700.00 | 2,700.00 | 1,350.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 1,350.00 | 0.00 |
| 005 | DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 23,531.22 | 23,531.22 | 18,422.95 | 0.00 |
| 039 | ILLINOIS DEPT. OF REVENUE | 1,833.54 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 25,364.76 | 23,531.22 | 18,422.95 | 0.00 |
| 999 | DANIEL W. CROSBY | 0.00 | 0.00 | 4,900.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 4,900.00 | 0.00 |
| 001 | DAIMLER CHRYSLER SERVICES | 4,113.70 | 0.00 | 0.00 | 0.00 |
| 003 | CITIMORTGAGE INC | 9,579.87 | 9,579.87 | 9,579.87 | 0.00 |
| 004 | FASLO SOLUTIONS | 1,341.04 | 1,341.04 | 1,341.04 | 0.00 |
|  | Total Secured | 15,034.61 | 10,920.91 | 10,920.91 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 5,111.28 | 5,111.28 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 5,880.63 | 5,880.63 | 0.00 | 0.00 |
| 008 | PORTFOLIO RECOVERY ASSOCIATES | 6,150.38 | 6,150.38 | 0.00 | 0.00 |
| 009 | CBUSASEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | LVNV FUNDING LLC | 1,135.78 | 1,135.78 | 0.00 | 0.00 |
| 011 | B-REAL LLC | 11,383.80 | 11,383.80 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 4,621.63 | 4,621.63 | 0.00 | 0.00 |
| 013 | CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CITY OF DEKALB | 337.08 | 337.08 | 0.00 | 0.00 |
| 015 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 2,263.30 | 2,263.30 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 6,050.45 | 6,050.45 | 0.00 | 0.00 |
| 018 | HFC - USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 7,465.81 | 7,465.81 | 0.00 | 0.00 |
| 020 | HORIZON MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NICOR GAS | 897.58 | 897.58 | 0.00 | 0.00 |
| 023 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | SALLIE MAE INC/UNITED STUDENT AID FUNDS | 1,824.41 | 0.00 | 0.00 | 0.00 |
| 027 | SALLIE MAE INC/UNITED STUDENT AID FUNDS | 914.37 | 0.00 | 0.00 | 0.00 |
| 028 | ILLINOIS STUDENT ASSISTANCE COMM | 2,563.35 | 0.00 | 0.00 | 0.00 |
| 029 | SALLIEMAE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SALLIEMAE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | SALLIEMAE | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | SM SERVICING | 3,105.00 | 0.00 | 0.00 | 0.00 |
| 033 | SM SERVICING | 1,168.00 | 0.00 | 0.00 | 0.00 |
| 034 | SM SERVICING | 1,051.00 | 0.00 | 0.00 | 0.00 |
| 035 | SM SERVICING | 378.00 | 0.00 | 0.00 | 0.00 |
| 036 | SM SERVICING | 367.00 | 0.00 | 0.00 | 0.00 |
| 037 | SM SERVICING | 367.00 | 0.00 | 0.00 | 0.00 |
| 038 | ECAST SETTLEMENT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ILLINOIS DEPT. OF REVENUE | 503.56 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 63,539.41 | 51,297.72 | 0.00 | 0.00 |
|  | Grand Total: | 106,638.78 | 88,449.85 | 69,507.23 | 0.00 |

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

| | |
|---|---|
| Total Paid Claimant: | $69,507.23 |
| Trustee Allowance: | $4,486.77 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                 /s/ Lydia S. Meyer
                                               Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008          By  /s/Heather M. Fagan